JOSEPH SCHLESINGER, #87692
Acting Federal Defender
ANN H. MCGLENON, Bar #100433
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
LEONARD BROWN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:12-cr-0357 AWI-BAM |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER |
| v. | |
| LEONARD BROWN, | Date: February 27, 2013* - Changed date |
| Defendant. | Time: 1:00 p.m. |
| | Judge: Hon. Barbara A. McAuliffe |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the status conference in the above-captioned matter now set for January 14, 2013, **may be continued to February 27, 2013 at 1:00 p.m.** *

This continuance is at the request of counsel for defendant to permit expert examination, report preparation, review and investigation between the parties. This continuance will conserve time and resources for both parties and the court.

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(ii), (iv).

BENJAMIN B. WAGNER
United States Attorney

DATED: January 10, 2013        By:    */s/ Kimberly Sanchez*
                                      KIMBERLY SANCHEZ
                                      Assistant United States Attorney
                                      Attorney for Plaintiff

JOSEPH SCHLESINGER
Acting Federal Defender

DATED: January 10, 2013        By:    */s/ Ann H. McGlenon*
                                      ANN H. MCGLENON
                                      Assistant Federal Defender
                                      Attorney for Defendant
                                      LEONARD BROWN

## O R D E R

**IT IS SO ORDERED.** Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(ii), (iv).

IT IS FURTHER ORDERED THAT the continuance is from January 14, 2013 to Monday, February 25, 2013 at 1:00 p.m. before Judge McAuliffe. *

DATED: Dated:   January 11, 2013              /s/ Barbara A. McAuliffe
                                              UNITED STATES MAGISTRATE JUDGE