JOSEPH SCHLESINGER, #87692
Acting Federal Defender
ANN H. MCGLENON, Bar #100433
JEROME PRICE, Bar #282400
Assistant Federal Defenders
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
LEONARD BROWN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 1:12-cr-0357 AWI-BAM |
| *Plaintiff,* | ) |
| | ) STIPULATION TO CONTINUE STATUS |
| v. | ) CONFERENCE; ORDER |
| | ) |
| LEONARD BROWN, | ) |
| | ) Date:  April 8, 2013 |
| *Defendant.* | ) Time:  1:00 p.m. |
| | ) Judge: Hon. Barbara A. McAuliffe |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the status conference in the above-captioned matter now set for February 25, 2013, **may be continued to April 8, 2013 at 1:00 p.m.**

This continuance is at the request of counsel for defendant to permit additional time for review, investigation and negotiation between the parties. Our expert is seeing Mr. Brown this week, and we are hoping for a report before our next appearance which we anticipate will assist in our negotiations. This continuance will conserve time and resources for both parties and the court.

/ / /

/ / /

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(ii), (iv).

BENJAMIN B. WAGNER
United States Attorney

DATED: February 21, 2013    By:    */s/ Kimberly Sanchez*
KIMBERLY SANCHEZ
Assistant United States Attorney
Attorney for Plaintiff

JOSEPH SCHLESINGER
Acting Federal Defender

DATED: February 21, 2013    By:    */s/ Ann H. McGlenon*
ANN H. MCGLENON
JEROME PRICE
Assistant Federal Defenders
Attorneys for Defendant
LEONARD BROWN

### O R D E R

**IT IS SO ORDERED.** Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(ii), (iv).

IT IS SO ORDERED.

Dated:   **February 21, 2013**         /s/ **Barbara A. McAuliffe**
UNITED STATES MAGISTRATE JUDGE

2