BENJAMIN B. WAGNER
United States Attorney
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559)497-4000

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 1:12-CR-00357 AWI |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND |
| | ) | ORDER FOR SCHEDULING OF CHANGE |
| v. | ) | OF PLEA HEARING |
| LEONARD BROWN, | ) | |
| Defendants. | ) | |

IT IS HEREBY STIPULATED by and between Benjamin B. Wagner, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and Ann McGlenon, attorney for Leonard Brown, that a status conference currently set for May 13, 2013 before the Honorable Barbara A. McAuliffe, U.S. Magistrate Judge, at 1:00 p.m. be vacated. The parties further request that the case be set for a

///
///
///
///
///
///

1

change of plea before the Honorable Anthony W. Ishii, U.S. District Court Judge, on Monday, April 15, 2013 at 10:00 a.m.

Dated: April 11, 2013                     Respectfully submitted,

                                              BENJAMIN B. WAGNER
                                              United States Attorney

                               By    /s/ Kimberly A. Sanchez
                                   KIMBERLY A. SANCHEZ
                                   Assistant U.S. Attorney

Dated: April 11, 2013                     /s/ Ann McGlenon
                                         ANN McGLNON
                                         Attorney for Leonard Brown

IT IS SO ORDERED.

Dated:    April 11, 2013                  _____
                                            SENIOR DISTRICT JUDGE