# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES

        Plaintiff-Appellee,

v.

LEONARD BROWN,

        Defendant-Appellant.

D.C. No. 12-cr-00357-AWI-BAM
Eastern District of California (Fresno)

**ORDER**

The U.S. District Court for the Eastern District of California appointed Johanna S. Schiavoni, Esq., as counsel for defendant Leonard Brown pursuant to the Criminal Justice Act ("CJA"), 18 U.S.C. § 3006A, on January 4, 2016, in this case.

On April 6, 2016, Ms. Schiavoni filed in this Court a motion and supporting declaration seeking access to documents designated as "Sealed" or "Assigned Counsel Only" before this Court. Having considered Ms. Schiavoni's motion, because CJA counsel is ordinarily entitled to such documents as part of the record, the request for access to the documents and transcripts or portions thereof filed "under seal" or for "assigned counsel only" is granted.

The Clerk shall serve on defendant's counsel, Johanna Schiavoni a copy of district court docket numbers. 2, 8, and 23.


IT IS SO ORDERED.

Dated:   April 7, 2016        _____

                             SENIOR  DISTRICT  JUDGE