JOHANNA S. SCHIAVONI, SBN 248501
Law Office of Johanna S. Schiavoni
*Appointed Attorney Under the Criminal Justice Act*
3170 Fourth Avenue, Suite 250
San Diego, CA  92103
Telephone: (619) 269-4046

Counsel for Petitioner
LEONARD CHARLES BROWN, JR.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| United States of America, | No.  1:12-CR-357-AWI |
|---|---|
| *Plaintiff-Respondent*, | |
| v. | Order to File Exhibit C (Pre-Sentence Report) Under Seal |
| Leonard Charles Brown, Jr., | |
| *Defendant-Petitioner*. | Judge:  Anthony W. Ishii |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that Exhibit C of the movant's motion pursuant to 28 U.S.C. § 2255, the Presentence Report and attachments 1-3, shall be filed **under seal** until further Order of the Court.

IT IS SO ORDERED.

Dated:   June 27, 2016                           _____
                                                                    SENIOR  DISTRICT  JUDGE

1