# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD BROWN, JR.,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Respondent. | CASE NO.  1:12-CR-0357 AWI<br>(Civil Case No. 1:16-CV-0920 AWI)<br><br>ORDER FOR UNITED STATES TO RESPOND TO PETITIONER'S MOTION TO LIFT STAY |

　　　　This is a petition for relief from sentence under 28 U.S.C. § 2255.  Petitioner seeks relief under *Johnson v. United States*, 135 S.Ct. 2551 (2015).  See Doc. No. 36.

　　　　On July 6, 2016, the Court stayed this matter pending the Ninth Circuit's resolution of three cases:  *Gardner v. United States* (9th Cir. Case No. 15-72559), *Jacob v. United States* (9th Cir. Case No. 15-73302), and *United States v. Begay* (14-10080).  See Doc. No. 38.  As part of that order, the Court made it clear that, if he believed it appropriate, Petitioner could file a properly supported motion to lift the stay any time prior to a decision in all three of these cases.  See id.

　　　　On October 31, 2016, Petitioner filed a motion to lift the stay.[1]  See Doc. No. 39.

　　　　After consideration, the Court finds that it is appropriate for the United States to respond to Petitioner's motion to lift the stay.

---

[1] The Court notes that Petitioner's motion *inter alia* points out that the Ninth Circuit has lifted stays in *Gardner* and *Jacob*.  A review of the Ninth Circuit docket shows that, on August 1, 2016, the Ninth Circuit lifted the stays in *Gardner* and *Jacob*, granted those petitioners' requests to file successive § 2255 petitions, and transferred the cases back to the respective district courts.  See *Gardner*, 9th Cir. Case No. 15-72559 at Doc. No. 42; *Jacob*, 9th Cir. Case No. 15-73302 at Doc. No. 39.  With respect to *Begay*, the Ninth Circuit deemed the matter submitted for decision on May 26, 2016.  See *Begay*, 9th Cir. Case No. 14-10080 at Doc. No. 76.  Since May 26, supplemental authority was submitted in June, August, and September 2016.  See id. at Doc. Nos. 78-82.  *Begay* remains under submission with the Ninth Circuit.

Accordingly, IT IS HEREBY ORDERED that:

1. The United States shall file a response to Petitioner's motion to lift stay (Doc. No. 39) on or by December 12, 2016; and

2. Petitioner shall file a reply on or by December 21, 2016.

IT IS SO ORDERED.

Dated:   November 21, 2016                    _____
                                              SENIOR DISTRICT JUDGE

2