UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD BROWN, JR.,<br><br>          Petitioner,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>          Respondent. | CASE NO. 1:12-CR-0357 AWI<br>(Civil Case No. 1:16-CV-0920 AWI)<br><br>ORDER LIFTING STAY AND FOR RESPONSE TO *BECKLES* |

This is a petition for relief from sentence under 28 U.S.C. § 2255.

On January 20, 2017, the Court issued an order that declined to lift a stay, and instead continued the stay until the Supreme Court issued a decision in *Beckles v. United States* (Supreme Court No. 15-8544). See Doc. No. 43.

On March 6, 2017, the Supreme Court issued a decision in *Beckles* and held that the advisory Sentencing Guidelines are not subject to vagueness challenges under the Due Process Clause. Now that *Beckles* has been decided, there is no reason to keep the stay in place. The Court will lift the stay, and give Petitioner 30 days in which to file a response to *Beckles*.

Accordingly, IT IS HEREBY ORDERED that:

1. The stay in this matter, issued on July 6, 2016 and continued on January 20, 2017, is LIFTED; and
2. Within 30 days of service of this order, Petitioner shall submit additional briefing/an additional filing in light of the Supreme Court's March 6, 2017 decision in *Beckles v. United States* (Supreme Court No. 15-8544).

IT IS SO ORDERED.

Dated:   March 8, 2017                                   _____
                                                                              SENIOR  DISTRICT  JUDGE