IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff-Respondent,<br><br>　　v.<br><br>LEONARD CHARLES BROWN, JR.,<br><br>　　　　Defendant-Petitioner. | Case No.  1:12-CR-357-AWI<br><br>(Civil Case No. 1:16-CV-0920 AWI)<br><br>[PROPOSED] ORDER GRANTING PETITIONER AN EXTENSION OF TIME TO RESPOND REGARDING *BECKLES V. UNITED STATES* |

　　　This is a petition for relief from a sentence under 28 U.S.C. § 2255.  The Court lifted its prior sua sponte stay of the matter and ordered petitioner to file a response in light of *Beckles v. United States* by no later than April 7, 2017.  See Doc. No. 44.

　　　On March 30, 2017, petitioner filed an unopposed request for a 28-day extension of time to respond regarding *Beckles v. United States*.  See Doc. No. 45.  This Court hereby finds good cause to grant petitioner's unopposed request.

　　　Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner shall submit additional briefing/an additional filing in light of the Supreme Court's March 6, 2017 decision in *Beckles v. United States* (Supreme Court No. 15-8544) by no later than May 5, 2017.

IT IS SO ORDERED.

Dated:   March 31, 2017　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　SENIOR  DISTRICT  JUDGE

1