# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff-Respondent, v. LEONARD CHARLES BROWN, JR., Defendant-Petitioner. | Case No. 12-CR-357-AWI **ORDER STRIKING DOC. 47 FROM THE RECORD** (Doc. 48) |

On April 24, 2017, the clerk filed a letter submitted by the petitioner which was addressed to petitioner's counsel and copied to the court. (Doc. No. 47.) Upon the request of counsel, the statement of non-opposition by the government, and for good cause shown, the court hereby orders that the clerk shall strike Document No. 47 from the docket and the record in this case.

IT IS SO ORDERED.

Dated: May 18, 2017

_____
SENIOR DISTRICT JUDGE

1